# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT FOUTZ,
Appellant,
vs.
CITY OF BOULDER CITY, NEVADA,
Respondent.

No. 79728

FILED

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976) ("[M]unicipal court conviction is not subject to further review by appeal to this court."). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Richard Scotti, District Judge
Brent Foutz
Attorney General/Carson City
Boulder City Attorney
Eighth District Court Clerk